FILED
IN CLERKS OFFICE
2004 DEC 20  P 1:23

Robert L Edwards
33 Brooks St.
Worcester, Mass. 01600
508-856-0438

12-13-0

Dear clerk:

1.       There is fraud going on in my savings account at the Greendale Branch of Bank north my account no. is 0 429735 tel. no. 800-747-780 I don't know how much my social security is My rent is $460.00 and $100.00 that was taken out of my account and divided 5 ways among non account holders. I have $7,119 left in my account where I have direct deposit. Bernardo Gundt located at 33 Brooks St. Worcester, Mass. 01600 tel. no. 508-856-0438 conspired with atty. Paul R. Riggs also located at 344 Summer St. Fitchburg, Mass 01420 tel. no. 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 atty. Matthew S. Gillen East Ridge Rd Ashburnham, Mass. 01430 tel. no. 978-827-5097, Constable Albert Boladian 45 Beddt St. Lunenburg, Mass. 0146 tel. no. 978-345-6500 and Eillian Kyne Klondike avenue Fitchburg, Mass. 01420 tel. no. 978-345-5470 are responsible for defrauding my account. They are spies and terrorists. I have supplemental security income tax.

2.

Atty. Paul P. Rippopolos, consider albert the In-
dian, Atty. Matthew S. Billet and Lillian Nova
are obstructionists to marriage. I asked the
sheriffs & deputy to obtain warrants to arr-
-est these people. I have been writing to Charle-
-ne Deering who lived in Haverhill, Mass. p.153.
and moved to Rindge, N.H. I wrote down for an
enema and after the enema I asked her to
marry me; her reply was "we don't know each
to know each other better". A little while later
she sent me a letter saying saying I mean
nothing to her. I bet she wrote this letter
under the influence of drugs. Atty. Paul P.
Rippopolos asked Judge Nathaniel J. Hawthorn
to close my case and I wrote to the F.B.I. no-
tifying them of this fact.

3. A letter dated 7-15-04 was mailed wrong by
man the Govern and atty 34 Mechanics st.
Worcester, Mass. 01604 tel. not no 508-631-75/25.
Atty. Paul P. Rippopolos, Atty. Matthew S. Billet, consider
albert the Indian and Lillian Nova mailed wrong
very mail to answer my letter. She is an office
man Mc Govern did. I believe they mailed an-
-sweisman Mc Govern Mechanics st. I mailed the
letter to Worcester, Mass. police. I asked them
(next page)

3.

to obtain warrant to arrest them.

4. Atty. Paul P. Rigopoulos, atty ~~thief~~ Matthew S. Billet, of related Albert Koladian fiction Koval discriminated against me so that I cannot get a fair-trial jail as I am handicapped with epilepsy. I tried the Legal Assistance of Worcester located at 155 Main St. Worcester, Mass. 01605 tel. No. 508-752-3718, Ellis Law Offices 33 Pleasant St. Worcester, Mass. 01608 tel. No. 508-757-7451. Atty. Paul P. Rigopoulos called me a non-entity. Bernardo ~~...~~ Izundu stole $450.00 to buy drugs from constable Albert Koladian. The $450.00 was from my account which is what I told the Worcester, Mass. 01605 police.

The relief that I seek from this court is to have atty. Paul P. Rigopoulos incarcerated for espionage and for bribing judge Nathaniel J ~~Faith~~ Hawthorne, Congressman James McGovern, incarcerate atty. Matthew S. Billet for espionage and bribing Congressman James McGovern, incarcerate ~~constabl~~ Albert Koladian for espionage and bribing Congressman James McGovern and incarcerate

(over)

4.

Lillian Lord and to reimburse me. Compel her ___ ___ her to reimburse me. Compel James McGovern to answer my letter.

5. ___ Bank ___ the ___ records pertaining to account no. 049729725

6. Department of Mental Retardation bring to records of my rent.

Sincerely,
Robert E. Beaumier
PROSE LITIGANT

JS 44
(Rev 3/99)

# CIVIL COVER SHEET

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

ROBERT L. BEAUVAIS

**DEFENDANTS** ATTY. PAUL P. RIOPOGLIS
ATTY. MATTHEWS BILLET
CONSTABLE ALBERT POCADIAN

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF WORCESTER
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

ATTORNEYS (IF KNOWN)

# 04-40260

## II. BASIS OF JURISDICTION  (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☑ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES  (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (PLACE AN "X" IN ONE BOX ONLY)

### CONTRACT
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☑ 190 Other Contract
- ☐ 195 Contract Product Liability

### REAL PROPERTY
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

### TORTS
**PERSONAL INJURY**
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☑ 360 Other Personal Injury

**PERSONAL INJURY**
- ☐ 362 Personal Injury — Med. Malpractice
- ☐ 365 Personal Injury — Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

### CIVIL RIGHTS
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☑ 440 Other Civil Rights

### PRISONER PETITIONS
- ☐ 510 Motions to Vacate Sentence
**HABEAS CORPUS:**
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

### FORFEITURE/PENALTY
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

### LABOR
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

### BANKRUPTCY
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

### SOCIAL SECURITY
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

### FEDERAL TAX SUITS
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS — Third Party 26 USC 7609

### OTHER STATUTES
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☑ 890 Other Statutory Actions

## V. ORIGIN  (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☑ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION  (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Benefide funds sceace $450.00 from my social security

## VII. REQUESTED IN COMPLAINT:

CHECK IF THIS IS A **CLASS ACTION**
☐ UNDER F.R.C.P. 23

DEMAND $ 450.00

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☐ YES  ☑ NO

## VIII. RELATED CASE(S)  (See instructions)
IF ANY
JUDGE _____    DOCKET NUMBER _____

DATE 12-16-04

SIGNATURE OF ATTORNEY OF RECORD  Robert L. Beauvais

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) _ROBERT L. BEAUVAIS_
_ATTY. PAUL P. BIOUPOULOS_

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet.  (See local rule 40.1(a)(1)).

__✓__  I.      160, (410) 470, R.23, REGARDLESS OF NATURE OF SUIT.      **04-40260**

__—__  II.     195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,      *Also complete AO 120 or AO 121
                740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.      for patent, trademark or copyright cases

__—__  III.    110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
                315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
                380, 385, 450, 891.

__—__  IV.     220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
                690, 810, 861-865, 870, 871, 875, 900.

__—__  V.      150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                    YES ☑      NO ☐

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest?   (See 28 USC §2403)

                                                    YES ☑      NO ☐

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                    YES ☑      NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                    YES ☑      NO ☐

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

                                                    YES ☑      NO ☐

   A.   If yes, in which division do all of the non-governmental parties reside?

        Eastern Division ☑          Central Division ☐          Western Division ☐

   B.   If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

        Eastern Division ☐          Central Division ☐          Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

                                                    YES ☐      NO ☑

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME _ROBERT V. BEAUVAIS_
ADDRESS _53 - 33 BROOKS STREET_
TELEPHONE NO. _909-955-13045_

Coversheetlocal.wpd  - 10/17/02)

Robert L. Beauvais

11-20-04

32 Brook St.
Worcester, Mass. 01606
508-856-0433

Dear clerk of U.S. District Court,

I received no financial affidavit sent and no civil cover sheet.

Sincerly,
Robert L. Beauvais

Bernardo Lurando
who I am going to sue
left 32 Brook St. Worcester,
Mass. 01606 tel. no. 508-856-0438 &
am going to make a motion for De-
fault against him, o see my case
gets approved.

Robert E. Beauvais
32 Brooks St.
Worcester, Mass. 01606
508-856-0438

12-16-04

civil cover sheet attachment:
Lillian Koval
Bernard Osundo
F. B. I.
Worcester mass. police
Shrewsbury, Mass. police
Bill North
Dept of mental Retardation
Social Security
Congressman McGovern