Robert L. Beauvais
32 Brooks St.
Worcester, Mass
508-756-0423

1-3-05

Dear F.B.I. Agent:

There are spies and terrorists and traitors. They are Oneida Albert Solomon located at 65 Bratt St. Luneneburgh, Mass. 01462 tel. no. 978-345-6500; atty. Matthew E. Killer located at East Range rd. Townney, Mass. 01430 tel. no. 978-537-5192; atty. Killian Koval located at Klondike Ave. Fitchburg, Mass. 01420 tel. no. 978-345-5478. I don't know if you got to have a case against them in W.D. District Court tel. no. 508-932-9900. Could you notify the W.D. District Court of these 2 terrorists and 1 traitor?

Sincerely,
Robert L. Beauvais