UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT L. BEAUVAIS,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil Action No. |
| | ) 04-40260-FDS |
| **PAUL P. RIGOPOULOUS, Attorney, ET AL.,** | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

**SAYLOR, J.**

In accordance with the Memorandum and Order dated January 7, 2005, directing dismissal of this action, it is hereby ORDERED that the above-captioned matter is Dismissed in its entirety.

By the Court,

/s/ Martin Castles
Deputy Clerk

Dated: 1/7/05