## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **ROBERT L. BEAUVAIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **Civil Action No.** |
| ) | **04-40260-FDS** |
| **PAUL P. RIGOPOULOUS, Attorney,** ) | |
| **ET AL.,** ) | |
| ) | |
| Defendants. ) | |

## ORDER

On January 18, 2005, plaintiff Robert L. Beauvais, an enjoined litigant, submitted a letter to the Court titled "request to file." In the letter, much of which is incoherent and illegible, Beauvais claims that attorney Paul Rigopoulous is a "spy" and a "terrorist" working in a "ring" and appears to list other people involved in this "ring." At the end of the letter, Beauvais notes that he has been instructed by the Court not to file papers without an attorney and indicates that "they" can be reached at a specified phone number.

As Beauvais notes and as previous orders have clearly stated, Beauvais is enjoined from making any filing without the aid and signature of counsel or until the Court clearly authorizes the filing. *See* Memorandum and Order in Civil Action No. 95-40058-NMG and Memorandum and Order in Civil Action No. 04-40260-FDS. Providing the telephone number of a possible attorney is not sufficient to demonstrate that the filing was made with the assistance of counsel. Furthermore, the letter is not signed by counsel, nor has the Court authorized this filing. Accordingly, Beauvais is in violation of the 1995 Order enjoining him from making any filings

without the aid and signature of counsel or express court authorization.  The request to file is hereby DENIED.

**So Ordered.**

                                                        /s/ F. Dennis Saylor
                                                      F. Dennis Saylor IV
                                                      United States District Judge

Dated: January 28, 2005