Motion to Appeal

2005 MAR 11 P 12:30

Robert L. Beauvais
32 Brooks St.
Worcester, Mass. 01604
508-856-0438

3-6-05

FILED IN CLERK'S OFFICE
US COURT OF [illegible]

CIVIL ACTION NO.
04-40260-FDS

Dear Clerk:

The reasons why I am making a motion to appeal are because I cannot afford a private attorney. I am pretty sure the U.S. Appeals Court will let me go pro se in prosecuting atty. Paul F. Lippould as a spy and terrorist.

Sincerely,
Robert L. Beauvais
PROSECUTIONANT

Motion to appoint counsel

Robert R. Beauvais
33 Brook St
Worcester, Ma. 01606
508-856-0438

CIVIL ACTION N°.
04-40260-FDS

Dear Clerk:

The reasons why I am making a motion to appoint counsel are because I can't afford a private attorney and because the court told me to seek the aid of counsel in filing papers. I still have a photostatic copy of my request to file which I will turn over to counsel once I know his/her name and address and tel. no. Even though the case is closed it can be reopened.

Sincerely,
Robert R. Beauvais
Pro Se Litigant

Robert R. Beauvais
32 Brooks St.
Worcester, Mass. 01606
508-852-0438

3-9-05

2005 MAR 11 P 12:50
FILED IN CLERK'S OFFICE
US COURT OF APPEALS
FOR THE FIRST CIRCUIT

Dear U.S. Appeals court clerk,

The U.S. District court denied my motion to appoint counsel and my motion to appeal even though I told the clerk that I cannot afford private counsel. The U.S. District court is located at Donohue Federal Building 595 Main St. room 502 Worcester, Mass. 01608 tel. no. 508-929-9900. Please get the rest of the papers in civil action no. 04-40260-FDS. There is a request to file that I sent to the clerk of the U.S. District court too. The U.S. District court sent me a brochure in which it said "If you can't afford a private attorney, one will be appointed by the court". Then they tell me "We don't do that".

Sincerely,
Robert R. Beauvais
PRO SE LITIGANT