**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

---

USCA Docket Number:

USDC Docket Number : 04-cv-40260

Robert L. Beauvais

v.

Paul P. Rigopoulos

---

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 3/11/2005.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on March 18, 2005.

Tony Anastas, Clerk of Court

By: _Jeanette Ramos_
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 3/22/05

_Burchard_
Deputy Clerk, US Court of Appeals

---

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL

# United States District Court
# District of Massachusetts (Worcester)
# CIVIL DOCKET FOR CASE #: 4:04-cv-40260-FDS

Beauvais v. Rigopoulos et al
Assigned to: Judge F. Dennis Saylor, IV
Cause: Civil Miscellaneous Case

Date Filed: 12/20/2004
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Robert L. Beauvais**  represented by **Robert L. Beauvais**
32 Brooks Street
Worcester, MA 01606
508-856-0438
PRO SE

V.

**Defendant**

**Paul P. Rigopoulos**
*Attorney*

**Defendant**

**Matthew S. Billet**
*Attorney*

**Defendant**

**Constable Albert Poladian**
*Constable*

| Date Filed | # | Docket Text |
|---|---|---|
|  |  |  |

| | | |
|---|---|---|
| 12/20/2004 | 1 | COMPLAINT against Matthew S. Billet, Albert Poladian, Paul P. Rigopoulos Filing fee: $ 0.0, receipt number NA, filed by Robert L. Beauvais.(Hassett, Kathy) (Entered: 12/21/2004) |
| 12/20/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Robert L. Beauvais.(Hassett, Kathy) (Entered: 12/21/2004) |
| 01/07/2005 | 3 | Letter/request (non-motion) from Robert L. Beauvais. (Hassett, Kathy) (Entered: 01/07/2005) |
| 01/07/2005 | 4 | Judge F. Dennis Saylor IV: Electronic ORDER entered. MEMORANDUM AND ORDER. (cc/cl) (Castles, Martin) (Entered: 01/07/2005) |
| 01/07/2005 | 5 | Judge F. Dennis Saylor IV: Electronic ORDER entered. ORDER DISMISSING CASE.(Castles, Martin) (Entered: 01/07/2005) |
| 01/18/2005 | 6 | MOTION for Leave to File by Robert L. Beauvais. (Jones, Sherry) (Entered: 01/18/2005) |
| 01/28/2005 | 7 | Judge F. Dennis Saylor IV: Electronic ORDER entered denying 6 Motion for Leave to File. (Castles, Martin) (Entered: 01/28/2005) |
| 03/11/2005 | 8 | NOTICE OF APPEAL as to 4 Memorandum & ORDER by Robert L. Beauvais. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 3/31/2005. (Hassett, Kathy) (Entered: 03/16/2005) |