OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

RICHARD CUSHING DONOVAN
CLERK

One Courthouse Way
Suite 2500
Boston, MA 02210
617-748-9057

March 14, 2005

William Ruane, Acting Clerk
United States District Court
 for the District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Case No.  04-cv-40260-FDS   **Robert Beauvais v. Paul Rigopoulos**

Dear Mr. Ruane:

    Enclosed please find a notice of appeal and other filings that were mistakenly filed in the United States Court of Appeals for the First Circuit on March 11, 2005 that do not appear on your docket. These pleadings were received in the district court and delivered to the court of appeals without any explanation.

    In accordance with Fed.R.App.P. 4, the notice of appeal and other filings are transmitted herewith.  Please use the date of **March 11, 2005,** as the date of docketing this notice of appeal in your court.

    As soon as possible, please certify the district court documents to us.

Sincerely,

By: _____
Appellate Liaison