**MANDATE**

# United States Court of Appeals
## For the First Circuit

CA:04-40260
J. SAYLOR

No. 05-1422

ROBERT L. BEAUVAIS,
Plaintiff, Appellant,

v.

PAUL P. RIGOPOULOS, Attorney; MATTHEW S. BILLET, Attorney,
CONSTABLE ALBERT POLADIAN,
Defendants, Appellees.

---

### JUDGMENT

### Entered: April 13, 2005

By order entered March 25, 2005, appellant was directed to show cause in writing as to why this appeal should not be dismissed for lack of jurisdiction. Appellant was warned that failure to respond by April 8, 2005 would lead to dismissal for lack of diligent prosecution.

Appellant having failed to file a timely response, it is hereby ordered that the above-captioned appeal be dismissed in accordance with Local Rule 3(b).

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_[signature]_
Deputy Clerk

Date: MAY 04 2005

By the Court:

Richard Cushing Donovan, Clerk

By: _____
Operations Manager.

[cc: Mr. Beauvais]